AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Trevon Martel Latchinson,

              Plaintiff,

    v.

MGM International LLC, et al.,

              Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:21-cv-01673-JAD-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of Defendants without prejudice. This matter is now closed.

01/04/2022  
Date

DEBRA K. KEMPI  
Clerk

/s/ Kelly Ferris  
Deputy Clerk